**Order filed May 10, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00261-CV
_____

**RONALD WILSON, Appellant**

**V.**

**NEW RESIDENTIAL MORTGAGE, LLC, Appellee**

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2020-10700**

## ORDER

On April 28, 2022, appellant filed a brief that is not in compliance with the Texas Rules of Appellate Procedure. The brief fails to comply with the rules in that it fails to contain appropriate citations to authorities and to the record. *See* Tex. R. App. P. 38.1 (i).

Accordingly, we order appellant's brief filed April 28, 2022, stricken. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure **within thirty (30) days after** the later of: the date the clerk's record is filed, or the date the reporter's record is filed. *See* Tex. R. App. P. 38.1; 38.6 (a).

If appellant files another brief that does not comply with Rule 38, the court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution. If appellant fails to timely file a brief in accordance with Rule 38, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Wilson.